**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

RICKY LEE RUSHING,
ADC #65405 PLAINTIFF

v. 1:14CV00028-KGB-JTK

WARDEN GUY, et al. DEFENDANTS

**ORDER**

By Order dated August 13, 2014, this Court directed the issuance of summons and service of Plaintiff's Third Amended Complaint on Defendants (Doc. No. 20). Summons was returned, unexecuted, with respect to Defendant Ryon Hennessey on August 25, 2014 (Doc. No. 22). Included with the return and filed under seal is a memo containing Defendant Hennessey's last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Ryon Hennessey, and the United States Marshal is hereby directed to serve a copy of the summons and Third Amended Complaint (Doc. No. 21) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 26th day of August, 2014.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE