**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

RICKY LEE RUSHING                                                                                    PLAINTIFF

v.                                          1:14CV00028-KGB-JTK

WARDEN GUY, et al.                                                                              DEFENDANTS

**ORDER**

      Based on the Court's March 6, 2015 Order (Doc. No. 69), service is now appropriate for Defendants Evans and Jones. The Clerk of the Court shall prepare summons for Defendants Marvin Evans, Jr., and Mr. Jones, and the United States Marshal is hereby directed to serve a copy of the Third Amended Complaint and Supplement (Doc. Nos. 21, 70) and summons on Defendant Evans in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore. The United States Marshal is directed to serve a copy of the Third Amended Complaint and Supplement (Doc. Nos. 21, 70) and summons on Defendant Mr. Jones, P.A., in care of Humphries, Odum, and Eubanks Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

      IT IS SO ORDERED this 10th day of March, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1