IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICKY LEE RUSHING**                                                                                   **PLAINTIFF**
**ADC #65405**

v.                              Case No. 1:14-cv-00028-KGB-JTK

**WARDEN GUY, et al.**                                                                                **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 87). There have been no objections, and the time for filing objections has passed. After a review of the Proposed Findings and Recommendations, the Court adopts them in their entirety. Accordingly, it is therefore ordered that plaintiff's motion for preliminary injunction and temporary restraining order, which this Court construes as a motion for preliminary injunction, is denied (Dkt. No. 81).

SO ORDERED this the 8th day of June, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE