IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICKY LEE RUSHING**                                                                                            **PLAINTIFF**
**ADC #65405**

v.                                     Case No. 1:14-cv-00028-KGB-JTK

**WARDEN GUY, et al.**                                                                                      **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 104). There have been no objections, and the time for filing objections has passed. After a review of the Proposed Findings and Recommendations, the Court adopts them in their entirety. Accordingly, it is therefore ordered that, pursuant to Local Rule 5.5(c)(2), the Court dismisses without prejudice for failure to prosecute plaintiff Ricky Lee Rushing's claims against Mr. Jones. The Court denies as moot Mr. Jones's motion to dismiss (Dkt. No. 78).

SO ORDERED this the 18th day of November, 2015.

_Kristine G. Baker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE