IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICKY LEE RUSHING,**
**ADC #065405**                                                                                          **PLAINTIFF**

v.                                       1:14-cv-00028-KGB-JTK

**WARDEN GUY,** *et al.*                                                                     **DEFENDANTS**

### ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 139). No objections have been filed, and the time for filing objections has passed. After a review of those Proposed Findings and Recommendations, the Court adopts them in their entirety. Accordingly, it is ordered that defendants' motions for summary judgment are granted (Dkt. Nos. 126, 129). The Court dismisses without prejudice Mr. Rushing's allegations against defendants Martin Evans, Jr., Ryan Hennessey, John Maples, Kevin Darland, Antonio Garcia, Wendy Kelley, Dr. Melvin Nance, and Billy Cowell for failure to exhaust administrative remedies. The Court dismisses with prejudice Mr. Rushing's allegations against Richard Guy. The Court dismisses without prejudice Mr. Rushing's allegations against defendants Dr. Buchman and unidentified Does.

It is so ordered this 29th day of December, 2015.

Kristine G. Baker
United States District Court Judge