**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**RICKY LEE RUSHING,
ADC #065405**                                                                                    **PLAINTIFF**

v.                                           1:14-cv-00028-KGB-JTK

**WARDEN GUY,** *et al*.                                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed.  The relief sought is denied.

It is so adjudged this 29th day of December, 2015.

_____
Kristine G. Baker
United States District Court Judge